LENORE LEVY, Respondent, v. ROUX LABORATORIES, INC., et al., Appellants, et al., Defendants.—

No appellant shall be required, in making such statement or on such examination, to disclose any formula or manufacturing process used in the production of its products. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.